**THIRD DIVISION**
**MILLER, BRANCH and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**January 9, 2014**

# In the Court of Appeals of Georgia

A12A0661. CHARLES W. RUTTER, JR. v. STACY K. RUTTER.

RAY, Judge.

In *Rutter v. Rutter* (Case No. S12G1915, decided on October 7, 2013), the Supreme Court reversed the judgment of this Court in *Rutter v. Rutter*, 316 Ga. App. 894 (730 SE2d 626) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*